# EXHIBIT A

## DANCIS ROJAS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Fonovisa, Inc. | Marco Antonio Solis | Si No Te Hubieras Ido | 20 Aniversario | 232-913 |
| Virgin Records America, Inc. | Spice Girls | 2 Become 1 | Spice | 201-276 |
| Arista Records LLC | TLC | I Miss You So Much | Fanmail | 298-454 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Whoo Hah!! Got You All in Check | The Coming | 225-703 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Breakdown | Butterfly | 244-014 |
| UMG Recordings, Inc. | Mary J. Blige | Your Child | Mary | 268-503 |
| UMG Recordings, Inc. | Dru Hill | Never Make A Promise | Dru Hill | 227-760 |