UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FONOVISA, INC., a California corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation, | CIVIL ACTION FILE |
| Plaintiffs, | No. 1:06-cv-00445-ML-LDA |
| v. | |
| DANCIS ROJAS, | |
| Defendant. | |

**RESPONSE TO ORDER TO SHOW CAUSE AND MOTION TO STAY PROCEEDINGS**

Plaintiffs, Fonovisa, Inc., *et al.*, respectfully respond to the Court's February 22, 2007 order to Show Cause by informing the Court that the parties are engaged in settlement discussions and by requesting that the Court stay all proceedings in this case for forty-five days so that the parties may settle this case. Plaintiffs will promptly inform the Court if the parties reach a settlement. Similarly, Plaintiffs will promptly file all appropriate paperwork with the Court. Plaintiffs respectfully request that the Court not dismiss this case. Plaintiffs attempted to contact Defendant regarding this motion.

Respectfully submitted,

DATED: March 2, 2007

**/s/James E. O'Neil, Esq.**

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for FONOVISA, INC.; VIRGIN RECORDS AMERICA, INC.; ARISTA RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby state that on this the 2nd day of March, 2007, a true and accurate copy of the forgoing Response to Show Cause Order and Motion to Stay Proceedings was mailed first class, postage prepaid to Dancis Rojas, 57 Rand Street, Apt. 2, Centrall Falls, RI 02863.

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.