**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FONOVISA, INC., et al

**V.** **CA 06-445ML**

**DANCIS ROJAS**

**ORDER**

The Court is in receipt of the plaintiff's response to the order to show cause which was issued on February 22, 2007. Plaintiff's motion to stay proceedings is granted. Plaintiff shall file a stipulation of dismissal within forty-five (45) days of the date of this Order.

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**Chief United States District Judge**
**March 6 , 2007**

**ENTERED as an Order of this Court on March 6 ,2007.**

Barbara Barletta
**Deputy Clerk**