UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FONOVISA, INC., et al

v. CA 06-445ML

DANCIS ROJAS

ORDER

On February 22, 2007, a show cause order was issued directing the plaintiff to show cause within 15 days why the matter should not be dismissed for lack of prosecution. A response was received from the plaintiff on March 2, 2007 requesting a 45 day stay pending settlement. More than 45 days have passed and a stipulation of dismissal has not be filed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed.

DRI LR Cv 41.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
U.S. District Judge
May 18 , 2007

Entered as an Order of this Court on May 18, 2007

Barbara Barletta

Deputy Clerk