UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FONOVISA, INC., a California corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DANCIS ROJAS,<br><br>Defendant. | Case No.: 1:06-cv-00445-ML-LDA |

**REQUEST TO ENTER DEFAULT;**

**DECLARATION OF JAMES E. O'NEIL IN SUPPORT THEREOF**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of James E. O'Neil ¶ 6.

Plaintiffs served the Summons and Complaint on Defendant on December 16, 2006, by substitute service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any formal extensions of time to respond

to the Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

Respectfully Submitted,

/ s/ James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for FONOVISA, INC.; VIRGIN RECORDS AMERICA, INC.; ARISTA RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 31st day of May, 2007 a true and accurate copy of the within Request to Enter Default was mailed first class, postage prepaid and via certified mail to Mr. Dancis Rojas, 57 Rand Street, Apt. 2, Central Falls, RI 02863.

James E. O'Neil, Esq.

DECLARATION OF JAMES E. O'NEIL

I, James E. O'Neil, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Rhode Island and this United States District Court. I am an attorney in the law firm of James E. O'Neil, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On October 10, 2006, Plaintiffs filed the Complaint in this case against Defendant. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on December 16, 2006, by substitute service.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4. Neither Plaintiffs nor the Court have granted Defendant any formal extension of time to respond to the Complaint

5. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6. I am informed and believe that Defendant is not an infant or incompetent person.

7. I am informed and believe that a search for Defendant's name was conducted through the Defense Manpower Data Center, Servicemembers Civil Relief Act database. I am informed and believe the search revealed no evidence that Defendant is in the military service.

8. A true and accurate copy of Request to Enter Default was mailed via certified mail, return receipt requested, as well as first class, postage prepaid to the Defendant, Dancis Rojas, at his last known address of 57 Rand Street, Apt. 2, Central Falls, RI 02863. See Exhibit B, Certified Mail Return Receipt, a copy of which is appended hereto and incorporated by reference herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 31, 2007 at North Kingstown R.I.

James E. O'Neil

JAMES E. O'NEIL

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FONOVISA, INC., a California corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

Plaintiffs,

v.

DANCIS ROJAS,

Defendant.

Case No.: 1:06-cv-00445-ML-LDA

**DEFAULT BY CLERK**

It appearing from the records in this action that Summons has been served upon Defendant Dancis Rojas, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Dancis Rojas has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Dancis Rojas hereby is entered.

DATED: ______________________ By: ________________________________

Deputy Clerk