7007 0220 0003 3061 4773

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

CENTRAL FALLS RI 02863

| | | |
|---|---|---|
| Postage | $ | $0.58 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.38 |

NORTH KINGSTOWN RI 02852 USPS
0852
04
JUN 1 2007
Postmark Here

06/01/2007

*Sent To* DANCIS ROGAS

*Street, Apt. No.; or PO Box No.* 5 TRAND ST APT 2

*City, State, ZIP+4* Centrull Falls RI 02863

PS Form 3800, August 2006 See Reverse for Instructions