UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FONOVISA, INC., a California corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

Plaintiffs,

v.

DANCIS ROJAS,

Defendant.

Case No.: 1:06-cv-00445-ML-LDA

**DEFAULT BY CLERK**

It appearing from the records in this action that Summons has been served upon Defendant Dancis Rojas, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Dancis Rojas has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Dancis Rojas hereby is entered.

DATED: 6·4·2007

By: [signature]
Deputy Clerk