UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Fonovisa, Inc.

v. CA 06-445ML

Dancis Rojas

ORDER

The above-captioned case was filed on October 10, 2006 and default was entered on June 4, 2007. The matter has been pending since without any further action and at least 120 days have passed since the complaint was filed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed.

DRI LR Cv 41.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
August 6, 2007

Entered as an Order of this Court on August 6, 2007

Barbara Barletta
Deputy Clerk